FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 7 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR-18-08121-PCT-GMS (DKD)

|  |  |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kyle Shane Hogan,<br><br>　　　　Defendant. | **INDICTMENT**<br><br>VIO:　18 U.S.C. § 875(c)<br>　　　(Interstate Communications<br>　　　Containing Threat)<br>　　　Counts 1-5<br><br>　　　18 U.S.C. §§ 2261A(2) & 2261(b)<br>　　　(Cyberstalking)<br>　　　Count 6 |

THE GRAND JURY CHARGES:

## COUNTS 1-5

On or about September 4, 2017, in the District of Arizona, and elsewhere, KYLE SHANE HOGAN, knowingly and willfully did transmit in interstate and foreign commerce communications from Tennessee to Arizona containing a threat to injure L.F. and others, as follows:

| Count | Where message placed | Time of call (approximate) | Length of call /Length of voicemail (approximate) |
|---|---|---|---|
| 1 | On office voicemail of L.F. at Northern Arizona University | 8:20 PM MST | 4 minutes, 40 seconds<br>4 minutes, 28 seconds |
| 2 | On office voicemail of L.F. at Northern Arizona University | 8:29 PM MST | 11 minutes 10 seconds<br>10 minutes, 57 seconds |

| 3 | On office voicemail of L.F. at Northern Arizona University | 9:07 PM MST | 24 minutes, 16 seconds |
| | | | 15 minutes, 17 seconds |
| 4 | On office voicemail of L.F. at Northern Arizona University | 9:33 PM MST | 14 minutes, 3 seconds |
| | | | 13 minutes, 29 seconds |
| 5 | General phone number voicemail for Northern Arizona University Criminal Justice Department | 9:49 PM MST | 8 minutes, 5 seconds |
| | | | 3 minutes, 38 seconds |

In violation of Title 18, United States Code, Section 875(c).

## COUNT 6

On or about September 4, 2017, in the District of Arizona, and elsewhere, KYLE SHANE HOGAN, with the intent to kill, injure, harass, and intimidate another person, used facilities of interstate and foreign commerce to engage in a course of conduct that caused and could reasonably have been expected to cause substantial emotional distress to L.F. and placed him in reasonable fear of death and serious bodily injury.

In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: April 17, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/*
GAYLE L. HELART
Assistant U.S. Attorney